FILED

07/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0490

_____

IN RE THE MARRIAGE OF:

LOUISE SCHAUB,

      Petitioner and Appellant,

and

DENNIS SCHAUB,

      Respondent and Appellee.

                              O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

                                    Electronically signed by:
                                    Mike McGrath
                    Chief Justice, Montana Supreme Court
                                    July 14 2021